Princess Cruise Lines, Ltd.
24305 Town Center Drive
Santa Clarita, California 91355

Date: August 8, 2025

<u>VIA Email and Subsequent Mailing</u>

To:
Albert Gad
President & CEO
Crown Jewels by Diamonds International, Corp.
2201 SW 145th Ave., Suite 201
Miramar, FL 33027

Subject: **Notice of Renewal – Fine Jewelry Sales Concession Agreement**

Dear Mr. Gad,

Pursuant to Article 1.2 of the Fine Jewelry Sales Concession Agreement dated August 1, 2023 (the "Agreement"), Princess Cruise Lines, Ltd. ("Princess") hereby exercises its option to extend the Term of the Agreement for an additional one (1) year Renewal Term.

This Renewal Term shall commence immediately following the expiration of the Initial Term (which commenced upon the first revenue sailing of Sun Princess) and shall continue in full force and effect under the same terms and conditions set forth in the Agreement, unless otherwise agreed in writing by the parties.

We appreciate the continued partnership with Diamonds International and look forward to another successful year of collaboration aboard the Sun Princess.

Please confirm receipt of this notice and Princess' exercise of the Renewal Term option by replying to this letter or contacting us directly.

Sincerely,

Signed by:

*Gustravo Antorcha*

45AE9F6B833048F...

Gus Antorcha

President, Princess Cruise Lines, Ltd.
8/14/2025

Cc:

- Daniel Howard, General Counsel (dhoward@hagroup.com)

- legal@diamondsinternational.com

- mjreige@diamondsinternational.com