**PRINCESS**®

March 9, 2026

Invoice#:  DI-Q12026

CROWN JEWELS BY DIAMONDS INTERNATIONAL, CORP.
ATTN: ADAM SEK; MELANIE JREIGE
2201 SW 145TH AVE
SUITE 201
MIRAMAR, FL 33027

Payment Terms:     Due Upon Receipt
Currency:          USD

| Invoice Description | Currency | Invoice Amount |
|---|---|---|
| Q1 Minimum Guarantee True Up | USD | $   1,272,880 |
|  |  | Total: |
|  |  | $   1,272,880 |

**Princess Cruise Lines USD Account – Wire Instructions**

The electronic or wire banking instructions for the account is as follows:

| | |
|---|---|
| **Account Name:** | **Princess Cruise Lines Ltd.** |
| **Account Address:** | 24305 Town Center Dr. |
| | Santa Clarita, CA 91355-1307 |
| **Account Number:** | 4451787965 |
| **Currency:** | USD |
| **Bank Address:** | Bank of America |
| | 100 West 33rd St. |
| | New York, NY 10001 |
| **Routing Number ACH/EFT:** | 111000012 |
| **Routing Number DOM. WIRES:** | 026009593 |
| **SWIFT Code INTL WIRES:** | BOFAU6S |