

Princess Cruise Lines, Ltd.
24300 Town Center Drive
Santa Clarita, California 91355

Date: May 13, 2026

**Via Email and Subsequent Mailing**

To:
Albert Gad
President & CEO
Crown Jewels by Diamonds International, Corp.
2201 SW 145th Ave., Suite 201
Miramar, FL 33027

Subject: **Notice of Breach, Demand for Payment**

Dear Mr. Gad,

Princess Cruise Lines, Ltd. ("Princess") writes in connection with the Fine Jewelry Sales Concession Agreement dated August 1, 2023 (the "Agreement") between Princess and Crown Jewels by Diamonds International, Corp. ("Diamonds International"). This letter serves as formal notice of breach.

As set forth in Princess's letter dated April 15, 2026 (the "Demand Letter"), Princess demanded immediate payment of the Q1 2026 Minimum Revenue Guarantee shortfall in the amount of $1,272,880.00, invoiced on March 9, 2026. Under Section 5.5 of the Agreement, Diamonds International had thirty (30) days from receipt of notice to reasonably dispute the calculation. No dispute was raised within that period, and accordingly, the calculation is binding and payment became past due on April 9, 2026.

The Demand Letter expressly stated that failure to timely pay constitutes an Event of Default under Section 23.1 of the Agreement, and that such Event of Default must be cured within fifteen (15) days of Diamonds International's receipt of the Demand Letter. Diamonds International received the Demand Letter on or about April 15, 2026. The fifteen-day cure period has now elapsed. Diamonds International has failed to remit payment or otherwise cure the default.

Accordingly, Princess hereby notifies Diamonds International that an Event of Default under Section 23.1 of the Agreement has occurred and remains uncured. Diamonds International is in material breach of its obligations under the Agreement.

Princess expressly reserves all rights and remedies available to it under the Agreement, at law, and in equity.

Princess expects prompt compliance with its demands. Failure to resolve this matter in a timely fashion will result in Princess exercising its contractual and legal remedies without further notice.



Regards,

/s/

Joe Gault
Senior Associate General Counsel
Carnival Corporation
(on behalf of Princess Cruise Lines, Ltd.)
jgault@carnival.com

Cc: Daniel Howard (dhoward@hagroup.com)
legal@diamondsinternational.com
mjreige@diamondsinternational.com
Albert Gad (agad@almod.com)