Docusign Envelope ID: 9F89B093-5068-8026-83B4-5A7753E7AEDA



Princess Cruise Lines, Ltd.
24300 Town Center Drive
Santa Clarita, California 91355
June 26, 2026

**Via Email and Certified Mail**

To:
Almond Diamonds LTd.,
Attn.: Albert Gad
12 E 49TH St., 39th Floor
New York, NY 10017

**CC Legal@diamondsinternational.com**
**mjreige@diamondsinternational.com**

**Re:** Notice of Concessionaire Default and Demand for Payment Under Guarantee

Mr. Gad,

I write pursuant to the Concession Agreement dated August 1, 2023 (the "Concession Agreement") between Princess Cruise Lines, Ltd. and Diamonds International Corp. ("Concessionaire"), and the Guarantee Agreement dated October 18, 2023 (the "Guarantee") between Princess Cruise Lines, Ltd.  and Almond Diamonds Ltd ("Guarantor"), whereby Guarantor "irrevocably, absolutely, and unconditionally" guaranteed the prompt and full payment and performance of Concessionaire's Payment Obligations under the Concession Agreement.

This letter serves as Company's demand that Guarantor satisfy the Payment Obligations guaranteed under the Guarantee.

As set forth in Company's previously issued April 15, 2026 Demand Letter, May 1, 2026 Breach Notice and June 29, 2026 Termination Notice, Concessionaire failed to pay the Q1 2026 Minimum Revenue Guarantee in the amount of US$1,272,880.00. Concessionaire failed to cure that default within the cure period provided under Article 23.1 of the Concession Agreement. Accordingly, an Event of Default has occurred and is continuing under the Concession Agreement.

Section 1 of the Guarantee provides:

> **Guarantee.** The Guarantor hereby irrevocably, absolutely and unconditionally guarantees to Company the prompt and full payment and performance by Concessionaire of all Payment Obligations. The Guarantor agrees that if Concessionaire fails to fully and timely perform any Payment Obligation, Guarantor shall, immediately upon demand by Company, fully and timely perform such Payment Obligation.
>
> For purposes of this Guarantee, the term **"Payment Obligations"** means all obligations of Concessionaire to pay money under the Agreement that are not the



subject of a bona fide dispute, including, without limitation, principal, interest, collection costs, reasonable attorneys' fees (after demand and, if applicable, after judgment against Concessionaire), and any post-petition interest recoverable under applicable law.

Accordingly, Company hereby demands that Guarantor pay the unpaid Q1 2026 Minimum Revenue Guarantee in the amount of US$1,272,880.00 presently due within five (5) business days after receipt of this letter.

The amounts identified herein are based upon the information presently available to Company and continue to accrue. Company expressly reserves the right to supplement, amend, or revise this demand at any time to include additional Payment Obligations, additional Minimum Revenue Guarantee payments, accrued interest, attorneys' fees, costs of collection, and any other amounts recoverable under the Concession Agreement, the Guarantee, or applicable law. Nothing contained herein shall limit Company's right to recover any amounts that become due after the date of this letter.

Company expressly reserves all rights and remedies available under the Concession Agreement, the Guarantee, and applicable law.

If Guarantor fails to satisfy this demand within five (5) business days after receipt of this letter, Company will pursue all rights and remedies available under the Concession Agreement, the Guarantee, and applicable law, including the commencement of legal proceedings against Guarantor, without further notice.

Nothing in this letter shall be construed as a waiver of, or limitation upon, any rights Company may have against Concessionaire or any other person or entity liable for the Payment Obligations, all of which are expressly reserved.

Very truly yours,

Signed by:

*Gustravo Antorcha*

45AE9F6B833048F...

Gus Antorcha
President                 6/26/2026
Princess Cruise Lines, Ltd.