

**PRINCESS CRUISES**

_____

Date:  05-June-2026

Invoice#:  DI-Q42025

CROWN JEWELS BY DIAMONDS INTERNATIONAL, CORP.,
ATTN: ADAM SEK; MELANIE JREIGE
2201 SW 145TH AVE
SUITE 201
MIRAMAR, FL 33027

Payment Terms:      Due Upon Receipt
Currency:           USD

| Invoice Description | Currency | Invoice Amount |
|---|---|---|
| Q2 Minimum Guarantee True Up | USD | $1,952,799.00 |

|  |  | --------------------- |
|  |  | **Total:** |
|  |  | $1,952,799.00 |

**For Wire payments:**

Bank Name : Bank of America

Bank Account Name : Princess Cruise Lines, Ltd.

Bank Account No : 4451787965

Routing Number: 111000012
Swift Code: BOFAU65

Bank of America
100 West 33rd St
New York, NY 10001