

**Luis E. Llamas**
Partner
D:  305.679.5757
llamas@joneswalker.com

July 16, 2026

<u>**Via Email (**</u>legal@diamondsinternational.com<u>**;** mjreige@diamondsinternational.com</u>**)**
<u>**Via Federal Express**</u>

Almod Diamonds Ltd., Inc.
Attn: Albert Gad, President & CEO
12 E. 49th Street, 39th Floor
New York, NY 10017

**Re:     Guarantee Call Notice – Fine Jewelry Sales Concession Agreement**

Dear Mr. Gad:

Princess Cruise Lines, Ltd. ("Princess" or the "Company") hereby provides this written Guarantee Call Notice to Almod Diamonds Ltd., Inc. ("Almod" or the "Guarantor") pursuant to Section 4 of the Guarantee Agreement executed by Almod in favor of Princess (the "Guarantee Agreement") in connection with the Fine Jewelry Sales Concession Agreement between Princess and Crown Jewels by Diamonds International Corp (the "Concessionaire").

The Concessionaire has failed to fully and timely satisfy Payment Obligations covered by the Guarantee Agreement, including unpaid Minimum Revenue Guarantee amounts. Princess has proceeded against the Concessionaire with respect to those Payment Obligations. The Concessionaire has failed and refused to satisfy the amounts due.

On June 26, 2026, Princess put you on notice of the Concessionaire's failure to make timely payment of the Q1 2026 Minimum Revenue Guarantee in the amount of $1,272,880.00 and demanded prompt payment from Almod pursuant to the Guarantee Agreement.  Almod failed to make that payment.  Since June 26, 2026, the Concessionaire has failed to timely pay the Q2 2026 Minimum Revenue Guarantee in the amount of $1,952,799.00.

Accordingly, pursuant to Sections 1 and 4 of the Guarantee Agreement, Princess hereby formally notifies Almod that Princess has elected to proceed against Almod as Guarantor and demands immediate payment and performance of all Payment Obligations covered by the Guarantee Agreement.

As of July 15, 2026, the amount presently due and owing is $3,225,679.00 exclusive of additional interest, costs, expenses of collection, and attorneys' fees recoverable under the Guarantee Agreement. Princess expressly reserves the right to supplement or amend the amount demanded as additional amounts accrue or become recoverable under the Guarantee Agreement.

Princess hereby demands that Almod remit payment of **$3,225,679.00** immediately, by wire transfer in accordance with the wire instructions below:

| | |
|---|---|
| BANK ABA: | 084000026 |
| ACCOUNT NAME: | Jones Walker LLP Trust Account |
| ACCOUNT NUMBER: | 1207002143 |
| SWIFT CODE: | FTBMUS44 |

Nothing in this Guarantee Call Notice constitutes a waiver, limitation, or election of remedies by Princess. Princess expressly reserves all rights, claims, remedies, damages, costs, expenses, interest, and attorneys' fees available under the Guarantee Agreement, the Fine Jewelry Sales Concession Agreement, and applicable law.

Sincerely,

Luis E. Llamas

LEL

July 16, 2026
Page 2